UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

STEPHEN SNYDER,  No. 05-14194

                           Debtor(s).
_____/

KIMBERLY SABAUGH,

                           Plaintiff(s),

      v.  A.P. No. 06-1045

STEPHEN SNYDER,

                           Defendant(s).
_____/

Memorandum on Motion for Reconsideration
_____

     Rule 8(c) of the Amended Operating Order governing electronic filings in the bankruptcy courts of this district requires a Registered Participant to produce the original signed document on request by the Court. Likewise, Local Rule 5-2(c)(3) provides that on request of the court a party filing by fax must produce the original transmitted document from which a fax copy was produced. While the Operating Order is clearly the governing procedure because the declaration in question was filed electronically and not by fax, both rules require that the document containing the actual signature be produced upon request of the court to insure that

1

1 a signing party has no "escape" if a falsehood is identified.  The bottom line is that the court asked to see the
2 original signed declaration and counsel could not produce it.  It therefore appears that the court properly
3 applied the rules in striking the declaration, especially considering its irregularities.
4     For the foregoing reasons, the motion to reconsider will be denied.  Counsel for defendant shall submit
5 an appropriate form of order.

Dated: April 16, 2007

                                                           Alan Jaroslovsky
                                                           U.S. Bankruptcy Judge

2